No. 91–5688 (A–176). GASKINS *v.* EVATT, COMMISSIONER, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied.

JUSTICE MARSHALL, dissenting.

Adhering to my view that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 231 (1976), I would grant the application for stay of execution and the petition for writ of certiorari and would vacate the death sentence in this case.

SEPTEMBER 10, 1991

No. A–165. UNITED STATES DEPARTMENT OF COMMERCE *v.* ASSEMBLY OF THE STATE OF CALIFORNIA ET AL. Application for stay, presented to JUSTICE O'CONNOR, and by her referred to the Court, granted, and it is ordered that the order of the United States District Court for the Eastern District of California, case No. Civ. S–91–0990–WBS, filed August 20, 1991, be and the same is hereby stayed pending final disposition of the appeal of that order by the United States Court of Appeals for the Ninth Circuit. JUSTICE MARSHALL, JUSTICE BLACKMUN, and JUSTICE STEVENS would deny the application.

SEPTEMBER 13, 1991

No. A–83. CLARKE *v.* TEXAS. Ct. Crim. App. Tex. Application for stay of mandate, addressed to JUSTICE STEVENS and referred to the Court, denied.

No. A–85. RICE ET AL. *v.* UNITED STATES. D. C. Ariz. Application for stay of mandate, injunction, and restraining order, addressed to JUSTICE SOUTER and referred to the Court, denied.